# Court of Appeals
# of the State of Georgia

ATLANTA,___March 25, 2016_____

*The Court of Appeals hereby passes the following order:*

**A15A2091.  TUESDAY MORNING et al. v. PICCOLO.**

We granted appellant Tuesday Morning's application for discretionary review of the superior court's affirmance of a worker's compensation award to appellee Diana Piccolo, who fell while working at Tuesday Morning.

Having reviewed the record, we DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*

   *Clerk's Office, Atlanta,___03/25/2016_____*

   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.

   *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*